IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED for Roanoke
AUG 28 2007
JOHN E. CORCORAN, CLERK
BY: Fay Coleman
DEPUTY CLERK

| | |
|---|---|
| RODNEY WILSON, | ) |
|     Petitioner, | )    Case No. 7:07CV00267 |
| | ) |
| v. | )    **ORDER** |
| | ) |
| UNITED STATES OF AMERICA, | )    By: Hon. Norman K. Moon |
|     Respondent. | )    United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that Respondent's Motion to Dismiss is **GRANTED**; the above referenced motion pursuant to 28 U.S.C. § 2255 is **DISMISSED**; and this action shall be **STRICKEN** from the active docket of this court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record and to Petitioner.

ENTER: This 28th day of August, 2007.

                                      /s/ Norman K. Moon
                                      United States District Judge